Generated: Mar 7, 2026 8:37AM                                                                 Page 1/1



# U.S. District Court

## Texas Western - San Antonio

**THIS IS A COPY**

Receipt Date: Feb 27, 2026 10:11AM

MARK ANTHONY ORTEGA
152 BEDINGFIELD
SAN ANTONIO, TX 78231

Rcpt. No: 10078           Trans. Date: Feb 27, 2026 10:11AM           Cashier ID: #DG (2225)

| CD  | Purpose                       | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|-------------------------------|----------------------|-----|--------|--------|
| 200 | Civil Filing Fee- Non-Prisoner |                      | 1   | 405.00 | 405.00 |

| CD | Tender |         |            | Amt      |
|----|--------|---------|------------|----------|
| CH | Check  | #1064   | 02/10/2026 | $405.00  |

Total Due Prior to Payment: $405.00

Total Tendered: $405.00

**Comments:** 5:26-CV-1294, MARK ANTHONY ORTEGA V. WISP, INC.

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov