Mark Anthony Ortega
152 Bedingfeld Dr
San Antonio, TX 78231



U.S. District Clerk's Office
262 West Nueva St Rm 1-400
San Antonio, TX 78207

**RECEIVED**
FEB 13 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

SA26CA1294 JKP MJ-RBF